Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
GUADALUPE LOZANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE LOZANO,<br><br>　　　　　Plaintiff,<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-02164-KJN<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　　Based upon the stipulation of the parties, and for cause shown,

　　　IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 2, 2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the September 19, 2018 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

Dated: February 20, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE